AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
_____ District of _Colorado_

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. _13-mJ-25-GPG_ |
| _Jason Reed_ | ) | Charging District: _Eastern California_ |
| Defendant | ) | Charging District's Case No. _13-CR-00144-KJM_ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: _United States District Court, District of Eastern California, 501 I Street Sacramento, CA 95814_ | Courtroom No.: _24_ |
|---|---|
| | Date and Time: _May 15, 2013 @ 2:00 PM_ |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 1, 2013

_/s/_
Judge's signature

Gordon P. Gallagher, U.S. Magistrate Judge
Printed name and title